1
2
3
4
5
6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

7        UNITED STATES DISTRICT COURT

8        CENTRAL DISTRICT OF CALIFORNIA

9        EASTERN DIVISION

10

11   JAMES RUHALLAH HARRISON,              )   Case No.  EDCV 12-01452 ODW (AN)
                                           )
12              Petitioner,                )
                                           )
13        v.                               )   JUDGMENT
                                           )
14   M. D. BITER, Warden,                  )
                                           )
15              Respondent.                )
                                           )
16

17        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

18   reasons set forth in the Magistrate Judge's Report and Recommendation.

19

20

21   Dated: July 1, 2013

22                                    _____
                                            OTIS D. WRIGHT, II
23                                    UNITED STATES DISTRICT JUDGE

24

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

25
26
27
28